UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SHAWANDA ELLIOTT, )
        Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. )
) **CASE NO. 5:16-CV-214-D**
CAROLYN W. COLVIN, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on January 10, 2017, and Copies To:**

Charlotte Williams Hall       (via CM/ECF electronic notification)

David M. Mansfield       (via CM/ECF electronic notification)

DATE:       JULIE RICHARDS JOHNSTON, CLERK
January 10, 2017       (By) /s/ Nicole Briggeman
      Deputy Clerk