UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SHAWANDA ELLIOT, )
        Plaintiff, )
         ) **JUDGMENT IN A CIVIL CASE**
v. )
         ) **CASE NO. 5:16-CV-214-D**
CAROLYN W. COLVIN, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security pay to Plaintiff the sum of $4,700.00 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. §2412(d), delivered to counsel's office address, and upon the payment of such sum this case is dismissed with prejudice.

**This Judgment Filed and Entered on January 25, 2017, and Copies To:**
Charlotte Williams Hall         (via CM/ECF electronic notification)
David M. Mansfield         (via CM/ECF electronic notification)

DATE:         JULIE RICHARDS JOHNSTON, CLERK
January 25, 2017         (By) /s/ Nicole Briggeman
        Deputy Clerk